UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CINDY L. HANSEN, as Personal
Representative for the ESTATE OF ALLEN
SCOTT HANSEN, Deceased,                               Case No. 05-60103

     Plaintiff,                                       Honorable John Corbett O'Meara

v.

BRITT TRANSPORT, INC., *et al.*,

     Defendants.
_____/

## ORDER OF SATISFACTION OF ORDER TO SHOW CAUSE

     On October 28, 2005, the court ordered Plaintiff to show cause why this matter should not be dismissed for lack of subject matter jurisdiction. Plaintiff responded November 9, 2005, stating that the non-diverse party has now been dismissed from the suit. Therefore, it is hereby **ORDERED** that the order to show cause has been **SATISFIED.**


          s/John Corbett O'Meara
          John Corbett O'Meara
          United States District Judge

Dated: December 22, 2005